COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**MEMORANDUM ORDER**

Style:                    *Maxine Adams and Cecil Adams v. Rebecca Ross*

Appellate case number:       01-11-00098-CV

Trial court:               County Court at Law No. 1 of Harris County, Texas

Trial court case number:     980,231

        The Court has been informed that this case did not settle at mediation. Accordingly, this case is reinstated.

        Appellants' brief was filed prior to the abatement for mediation on October 31, 2012. Appellee's brief is **ORDERED** filed with this Court within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: **/s/ Harvey Brown** _____

                    ☑ Acting individually      ☐ Acting for the Court

Date: <u>December 17, 2012</u> _____